**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUANA MOSQUEA MONEGRO,                    :

                       Plaintiff,     :

      -against-                                  :                    ORDER

                              :

JOEL D. AVILES SAMOL, and CONTRACT        :                    26 Civ. 378 (GBD)
TRANSPORTATION SYSTEMS CO.,

                              :

               Defendants.     :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for February 24, 2026 is hereby adjourned to Tuesday, March

10, 2026 at 10:00 a.m.

Dated: February 24, 2026                         SO ORDERED.
        New York, New York

                                     _George B Daniels_
                                     GEORGE B. DANIELS
                                     United States District Judge