**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUANA MOSQUEA MONEGRO,     :

        :

       Plaintiff,  :

  -against-      :    ORDER

        :

        :   26 Civ. 378 (GBD)

JOEL D. AVILES SAMOL, and CONTRACT :
TRANSPORTATION SYSTEMS CO.,   :

        :

     Defendants.  :

        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

  The conference scheduled for March 10, 2026 is hereby adjourned to Wednesday, April 1, 2026 at 10:15 a.m.

Dated: March 9, 2026       SO ORDERED.
   New York, New York

           *George B. Daniels*
           GEORGE B. DANIELS
           United States District Judge